MICHAEL GUGLIEMELLI, Appellant, v. ABRAHAM SARASON and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PROVIDENT SAVINGS BANK AND TRUST COMPANY, as Executor, etc., of GEORGE H. MASSEY, Deceased, Respondent, v. JOHN A. STEINMETZ and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH OSCAR SIVIN and Another, Appellants, and SPRUILLE BRADEN and Others, Plaintiffs, v. WARNER L. JONES and Another, Defendants, and JOHN GASTON, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

STANLEY F. RAY, SR., Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

OSCAR DANIELS COMPANY, Respondent, v. CLARK B. DAVIS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RUTH GOLDFINGER, Plaintiff, v. HENRY L. DOHERTY, Doing Business, etc., Appellant, and SAMUEL GOLDFINGER, Made a Party under Civil Practice Act, Section 193, Subdivision 2, Respondent.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [153 Misc. 826.]

EUGENE FALCO, Appellant, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH RUNSHEIM, as Surviving Trustee, and Another, as Substitute Trustee, under the Last Will and Testament of LEWIS SCHOOLHOUSE, Deceased, Respondents, v. BERWIND REALTY CORPORATION and Others, Defendants, Impleaded with PRINCIPAL REALTY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant, appellant, to answer within ten days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAUL WOLF, Respondent, v. HEATING MAINTENANCE CORPORATION OF NEW YORK, Appellant.— Judgment affirmed, with costs. The amount of the verdict in this case demonstrates that no allowance was made by the jury for the causes of action added by amendment during the course of the trial. The error involved in allowing such amendment should, therefore, be disregarded as immaterial. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of LOUIS DORFMAN, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

F. X. BAUMERT & CO., INC., Appellant, v. BAUMERT DAIRY PRODUCTS, INC., and Another, Respondents.— Appeal transferred to the Fourth Department for hearing and determination. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

E. A. L. MORTGAGE COMPANY, Appellant, v. WILLTED REALTY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.